**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re CHINA XD PLASTICS COMPANY LIMITED Securities Litigation.<br><br>This Document Relates to: All Actions | Case No. 14-cv-05308-GBD<br><br>CLASS ACTION |

## NOTICE OF MOTION TO DISMISS
## THE CONSOLIDATED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that defendant China XD Plastics Company Limited, upon

the accompanying memorandum of law, and the Declaration of Jerome S. Fortinsky, both dated

April 3, 2015, the exhibits annexed thereto, all other pleadings, proceedings, and material on file

in this action, such matters and facts of which the Court may take judicial notice, and upon such

further written and oral argument as may be presented to the Court, will move this Court, before

the Honorable George B. Daniels, United States District Judge, at the United States Courthouse,

500 Pearl Street, New York, New York 10007, Courtroom 11A, on the date and time to be set by

the Court, for an order dismissing the Consolidated Class Action Complaint in the above-

captioned matter with prejudice pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil

Procedure, and awarding it such other and further relief as the Court deems appropriate.

Dated:   New York, New York
            April 3, 2015

                                              SHEARMAN & STERLING LLP

                                              By:      /s/ Jerome S. Fortinsky
                                                       Jerome S. Fortinsky
                                                       Brian G. Burke
                                                       Marion R. Harris
                                              599 Lexington Avenue
                                              New York, New York 10022
                                              Tel.:  212-848-4000
                                              Fax:  212-848-7179
                                              jfortinsky@shearman.com
                                              brian.burke@shearman.com
                                              marion.harris@shearman.com

                                              *Attorneys for Defendant*
                                              *China XD Plastics Company Limited*

                                                       2