UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CHINA XD PLASTICS COMPANY
LIMITED Securities Litigation

Civil Action No. 14-cv-5308 (GBD)

[~~PROPOSED~~] REVISED BRIEFING SCHEDULE

WHEREAS, Lead Plaintiffs Terry Frishkorn and James Wang ("Lead Plaintiffs") have sought a four day extension of their time to file their Opposition to the motion to dismiss of Defendant China XD Plastics Company Limited ("China XD");

WHEREAS, Lead Plaintiffs have shown good cause; and

WHEREAS, Defendant China XD Plastics Company Limited ("China XD") consents to Lead Plaintiffs' request:

IT IS HEREBY ORDERED that:

1. Lead Plaintiffs shall file their Opposition to China XD's motion to dismiss on or before May 22, 2015;

2. China XD shall file its reply in support of is motion to dismiss on or before June 23, 2015.

IT IS SO ORDERED:

Dated: May ___, 2015

MAY 13 2015

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE