**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Phillip Kim
Jonathan Horne
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

Counsel for Lead Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re CHINA XD PLASTICS COMPANY LIMITED Securities Litigation.  ) ) ) ) | Case No.: 14-cv-05308-GBD |
| This Document Relates to: All Actions  ) ) ) ) ) ) ) ) ) | **NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S IMPROPERLY PROFERRED DOCUMENTS** |

PLEASE TAKE NOTICE that Lead Plaintiffs Terry Frishkorn and James Wang ("Plaintiffs") upon the accompanying memorandum of law, and the Declaration of Laurence Rosen, both dated August 8, 2016, the exhibits annexed thereto, all other pleadings, proceedings, and material on file in this action, such matters and facts of which the Court may take judicial notice, and upon such further written and oral argument as may be presented to the Court, will and hereby do move this Court, the Hon. George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY, 10007, Courtroom 11A, on a date and time to be set by the Court, for an order striking certain documents submitted by Defendant China XD Plastics Co. Ltd. in opposition to Plaintiffs' Letter Application for Leave to Amend,

and all arguments based thereon, and awarding such other and further relief as the Court deems appropriate.

Dated: August 8, 2016                                         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (LR 5733)
Phillip Kim (PK 9384)
Jonathan Horne (JH 7258)
275 Madison Ave, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

Counsel for Lead Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of August 2016, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                          /s/ Laurence Rosen
                                          Laurence Rosen