UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re CHINA XD PLASTICS COMPANY LIMITED Securities Litigation<br><br>This Document Relates to:  ALL ACTIONS | Civil Action No. 14-cv-5308 (GBD)<br><br>CLASS ACTION<br><br>STIPULATION AND ■■■■ ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE |

WHEREAS, on August 8, 2016, lead plaintiffs filed a motion to strike (ECF No. 59) (the "Motion");

WHEREAS China XD Plastics Co. Ltd.'s opposition to the Motion is currently due on August 25, 2016; and

WHEREAS, to accommodate defense counsel's other commitments, China XD Plastics Co. Ltd. has requested an extension of the briefing schedule; and

WHEREAS this is China XD Plastics Co. Ltd.'s first request for an extension;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the approval of the Court, that:

1.  China XD Plastics Co. Ltd. shall respond to the Motion on or before September 16, 2016;

2.  Lead plaintiffs shall have up to and including October 7, 2016 to file a reply in further support of their Motion.

Dated: New York, New York
       August 23, 2016

THE ROSEN LAW FIRM, P.A.

By: _/s/ Laurence M. Rosen_
Laurence M. Rosen
Phillip Kim
Jonathan Horne
275 Madison Ave., 34th Floor
New York, NY 10016
Telephone: 212-686-1060
Facsimile: 212-202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com
        jhorne@rosenlegal.com

*Counsel for Lead Plaintiffs*


SHEARMAN & STERLING LLP

By: _/s/ Jerome S. Fortinsky_
Jerome S. Fortinsky
599 Lexington Avenue
New York, NY 10022
Telephone: 212-848-4000
Facsimile: 646-848-4900
Email: jfortinsky@shearman.com

*Counsel for Defendant China XD Plastics Company Limited*


       \*    \*    \*    \*

IT IS SO ORDERED:

Dated: August ___, 2016

_/s/ George B. Daniels_
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2